```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/26/2018_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,
SIMON SALAMA-CARO, SHEARBROOK (US),
LLC, FIGURE 5 ART LLC, AND RI
CATALOGUE RAISONNE LLC,

            Plaintiffs,

-against-

JAMES W. BRANNAN AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
ROBERT INDIANA,

            Defendant.

18 Civ. 8231 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for November 14, 2018, at 3:50 p.m. is RESCHEDULED to **November 14, 2018**, at **11:00 a.m.**

    SO ORDERED.

Dated: October 26, 2018
       New York, New York

_____
ANALISA TORRES
United States District Judge