# VENABLE LLP

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK, NY 10020
T 212.307.5500   F 212.307.5598   www.Venable.com

May 10, 2019

Jessie F. Beeber

T **212.808.5677**
F **212.307.5598**
jbeeber@venable.com

**By ECF**

Honorable Barbara Moses
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10017

Re: *Morgan Art Foundation Ltd. v. James Brannan as Personal Representative of the Estate of Robert Indiana*, No. 1:18-cv-08231

Dear Judge Moses:

This firm is counsel to James W. Brannan, as the Personal Representative of the Estate of Robert Indiana (the "Estate"), in the action referenced above. I am writing to inform the Court that the ECF filing in this matter, Docket No. 42, was made in error.

Pursuant to this Court's Order in the related case, No. 1:18-cv-04438, ECF Docket No. 171, we have reached out to counsel for Plaintiffs to ascertain their availability for a morning conference the week of May 20, 2019 to discuss the issues raised in the letter-motion, and we will include such dates in the refiled letter-motion.

Apologies for any inconvenience this has caused.

Respectfully,

Jessie F. Beeber

cc: All counsel of record (by ECF)