

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/19
```

VENABLE LLP

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK, NY 10020
T 212.307.5500   F 212.307.5598   www.Venable.com

June 26, 2019

Edward P. Boyle
T 212-808-5675
epboyle@venable.com

**By ECF**

Honorable Barbara Moses
United States Magistrate Judge
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10017

> Application GRANTED. The hearing currently scheduled for July 11, 2019, is ADJOURNED to **August 14, 2019, at 11:00 a.m.,** before Judge Moses. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> June 26, 2019

Re:   *Morgan Art Foundation Ltd. v. James Brannan as Personal Representative of the Estate of Robert Indiana*, No. **1:18-cv-08231**

Dear Judge Moses:

This firm is counsel to James W. Brannan, as the Personal Representative of the Estate of Robert Indiana (the "Estate"), in the action referenced above.

Pursuant to Rule 2(a) of Your Honor's Individual Practices, the Estate respectfully requests an adjournment of the hearing scheduled for July 11, 2019 on the motion to dismiss the Estate's counterclaims, filed by Plaintiffs Morgan Art Foundation Ltd., Simon Salama-Caro, Shearbrook (US), LLC, Figure 5 Art LLC, and RI Catalogue Raisonne LLC. The reason for the request is that I am planning to argue the motion for the Estate, and I have plans to be on vacation that week. There have been no previous requests to adjourn this hearing date.

I have conferred with Luke Nikas, counsel for Plaintiffs, and he consents to the requested adjournment. The next date we are both available is August 14. Mr. Nikas is not available sooner, due to a trial scheduled to begin July 15, which he expects may go as long as one month. If August 14 is not convenient for the Court, the parties are also available September 4, 5 and 6. The requested adjournment will not affect any other scheduled dates in this case.

We appreciate the Court's consideration.

**MEMO ENDORSED**

Respectfully,

Edward P. Boyle

cc:   All counsel of record (via ECF).