UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MORGAN ART FOUNDATION LIMITED,

Plaintiff,

-against-

MICHAEL MCKENZIE, et al.,

Defendants.

18-CV-4438 (AT) (BCM)



MORGAN ART FOUNDATION LIMITED, et al.,

Plaintiff,

-against-

JAMES W. BRANNAN, *as personal representative of the Estate of Robert Indiana*,

Defendant.

18-CV-8231 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic conference conducted on January 9, 2020, it is hereby ORDERED that:

1. No later than **January 13, 2020**, the parties may file a supplemental letter in support of their request for a further three-month extension of their discovery and other pretrial deadlines, including why they waited until January 6, 2020, to make that request; and

2. At the request of the parties, the status conferences scheduled for January 13, 2020, at 10:00 a.m. (in No. 1:18-cv-04438) and 10:30 a.m. (in No. 1:18-cv-8231), are ADJOURNED *sine die*.

Additionally, the Clerk of Court is respectfully directed to terminate the letter-motion at Dkt. No. 194 (in No. 1:18-cv-04438), which was resolved by the Order at Dkt. No. 198.

Dated: New York, New York
January 9, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**