**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED,<br><br>　　　　Plaintiff,<br><br>　　-against-<br><br>MICHAEL MCKENZIE, AMERICAN IMAGE ART, JAMIE THOMAS, AND JAMES W. BRANNAN AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT INDIANA,<br><br>　　　　Defendant. | **Case No. 1:18-cv-08231-AT-BCM**<br><br>[Related Case: 1:18-cv-04438-AT-BCM]<br><br>[~~PROPOSED~~] ORDER |
| MICHAEL MCKENZIE AND AMERICAN IMAGE ART<br><br>　　　　Counterclaim-Plaintiffs,<br><br>　　-against-<br><br>MORGAN ART FOUNDATION LIMITED,<br><br>　　　　Counterclaim-Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 1/15/20 |
| JAMES W. BRANNAN AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBERT INDIANA,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　-against-<br><br>MORGAN ART FOUNDATION LIMITED, FIGURE 5 ART LLC, SHEARBROOK (US) LLC, RI CATALOGUE RAISONNÉ LLC, AND SIMON SALAMA-CARO,<br><br>　　　　Counterclaim-Defendants. | |

It is hereby ORDERED that the deadlines set forth in Civil Case Management Plan and Scheduling Order (Dckt. No. 23) as amended by the Court's April 5, 2019 Order (ECF No. 40), May 30, 2019 Order (ECF No. 53), and September 6, 2019 Order (ECF No. 73) are extended as follows:

1

1. No later than **February 28, 2020**, the parties shall meet and confer in real time on a schedule for expert discovery *(see* Dkt. No. 23 ¶ 7(b)). If the parties are unable to agree on interim deadlines for the various expert reports and depositions, they shall submit a joint letter, no later than **March 6, 2020** setting out their competing versions, without argument.

2. The discovery status conference previously scheduled for January 13, 2020 is adjourned to **April 15, 2020 at 10:00 a.m.**, in Courtroom 20A. One week prior to that date, on **April 8, 2020**, the parties shall submit a joint status letter outlining the progress of discovery to date as well as the progress of their settlement efforts. If no controversies exist at that time, the parties may request that the conference be held telephonically.

3. Fact discovery, including fact depositions, shall be completed no later than **April 30, 2020**.

4. Nothing in this order prohibits the parties from serving follow-up written discovery requests. However, depositions will not be held in abeyance pending the service of or response to such requests. All discovery requests and notices must be served in time to allow the party or person served to respond, on the schedule set forth in the Federal Rules of Civil Procedure, prior to the completion date for such discovery set forth above. Requests to Admit must be served **no later than 45 days prior to the close of fact discovery**.

5. The deadline for the parties to request a pre-motion conference with the District Judge regarding summary judgment is **May 14, 2020**.

6. Expert discovery shall be completed no later than **June 12, 2020**.

7. All other provisions of the Court's Civil Case Management Plan and Scheduling Order (Dkt. No. 34) and Order Regarding General Pretrial Management (Dkt. No. 41) remain in effect.

Dated: New York, New York
January 15, 2020

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 78.

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge