# VENABLE LLP

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS, 24TH FLOOR
NEW YORK, NY 10020
T 212.307.5500   F 212.307.5598   www.Venable.com

February 7, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/20

Edward P. Boyle

T 212.808.5675
EPBoyle@Venable.com

**By ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. SO ORDERED.

Barbara Moses, U.S.M.J.
February 7, 2020

Re:   *Morgan Art Foundation Ltd. v. McKenzie*, No. 1:18-cv-4438-AT-BCM
("Dckt 4438") and *Morgan Art Foundation Ltd. v. Brannan*,
No. 1:18-cv-8231-AT-BCM ("Dckt 8231")

**MEMO ENDORSED**

Dear Judge Moses:

My firm represents James Brannan as Personal Representative to the Estate of Robert Indiana ("the Estate") in the actions referenced above.

I write jointly on behalf of the Estate and defendant Jamie L. Thomas to request an extension of the briefing schedule for the spoliation motion filed by the Morgan Parties (Morgan Art Foundation Ltd., Figure 5 Art LLC, Shearbrook (US) LLC, RI Catalogue Raisonne LLC, and Simon Salama-Caro) on January 29, 2020. The Morgan Parties consent to this extension.

By Order dated January 15, 2020 (Dckt. 4438, ECF No. 210; Dckt 8231 ECF No. 83), Your Honor gave the Morgan Parties the option to either reserve their spoliation motion until the close of fact discovery, or to file that motion by January 29, 2020, in which case opposition papers would be due by February 12, 2020, and reply papers, if any, would be due February 19, 2020. The Morgan Parties elected the latter and filed their motion papers on January 29, 2020 (Dckt. 4438, ECF No. 213; Dckt 8231, ECF No. 86).

In light of the serious nature of the sanctions sought by the Morgan Parties' motion, the Estate and Thomas request a three-week extension of their time to file their opposition papers, in part to allow them sufficient time to muster relevant evidence in an admissible form. The requested extension is also appropriate in light of the appearance of new counsel for Thomas on February 5, 2020 (Dckt. 4438, ECF Nos. 216 and 217).

The Morgan Parties consent to this extension on the condition that they be granted an additional week to file their reply papers. The Estate and Thomas agree to this request.



Honorable Barbara C. Moses
February 7, 2020
Page 2

Accordingly, on behalf of the Estate and Thomas, I respectfully request that the Court extend the deadline for the parties' opposition papers to March 4, 2020, and the deadline for the Morgan Parties' reply papers, if any, to March 18.

Respectfully,

Edward P. Boyle

cc:   All Counsel of Record (by ECF)