UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MORGAN ART FOUNDATION LIMITED,

    Plaintiff,

-against-

MICHAEL MCKENZIE, et al.,

    Defendants.

18-CV-4438 (AT) (BCM)

MORGAN ART FOUNDATION LIMITED, et al.,

    Plaintiffs,

-against-

JAMES W. BRANNAN, *as personal representative of the Estate of Robert Indiana*,

    Defendant.

18-CV-8231 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic status conference on April 15, 2020, it is hereby ORDERED that:

1. <u>Pre-Trial Schedule</u>. In light of the ongoing national public health emergency, and for good cause shown, the pre-trial deadlines in both of the above-captioned actions are EXTENDED as follows:

    a. Fact discovery, including depositions, shall be completed no later than **June 30, 2020**. Non-party depositions shall be conducted promptly, by remote means, and shall be completed no later than June 1, 2020. Notwithstanding the parties' preference to conduct party depositions in person – and the present uncertainty as to when it will be possible to do so – party depositions shall be promptly scheduled for dates in May and June 2020, and the parties shall be prepared to conduct those depositions either in person or remotely, as public health guidelines require, within that time frame.

    b. The deadline for the parties to request a pre-motion conference with the District Judge regarding summary judgment is **July 17, 2020**.

    c. Expert discovery, including depositions, shall be completed no later than **August 14, 2020**.

    d. All other provisions of the Court's Civil Case Management Plan and Scheduling Order (Dkt. No. 34 in Case No. 18-CV-4438; Dkt. No. 23 in Case No. 18-CV-8231) and Order dated March 17, 2020 (Dkt. No. 243 in Case No. 18-CV-4438; Dkt. No. 99 in Case No. 18-CV-8231) remain in effect.

2. <u>Status Conference</u>. Judge Moses will conduct a telephonic status conference on **May 18, 2020, at 11:00 a.m.** At that time, the parties shall call into the below teleconference: <u>call in number</u>: 888-557-8511; <u>access code</u>: 7746387. No later than **May 13, 2020**, the parties shall submit a joint status letter, outlining the progress of discovery to date, any discovery or scheduling disputes requiring Court intervention (without argument), as well as any settlement efforts.

Dated: New York, New York
April 15, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**