

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

    Plaintiff,

-against-

MICHAEL MCKENZIE, et al.,

    Defendants.

18-CV-4438 (AT) (BCM)

MORGAN ART FOUNDATION LIMITED, et al.,

    Plaintiffs,

-against-

JAMES W. BRANNAN, *as personal representative of the Estate of Robert Indiana*,

    Defendant.

18-CV-8231 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic conference, all discovery in both actions shall remain STAYED through and including January 21, 2021.

The Court will conduct a further status conference on **January 21, 2021, at 11:00 a.m.** At that time, the parties are directed to dial (888) 557-8511 and enter the access code 7746387. No later than **January 19, 2021**, the parties shall file a joint letter, informing the Court as to the status of settlement negotiations.

Dated: New York, New York
      January 7, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**